[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-11049
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 23, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-20001-CR-JAL

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDIZON RAMIREZ-GAMBOA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 23, 2009)**

Before TJOFLAT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed appellate counsel for Edizon Ramirez-Gamboa, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gamboa's conviction and sentence are **AFFIRMED**.